86 N. J. Eq.                    Meeker v. Forbes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.

---

JOHN H. MEEKER, trustee, &c., complainant-respondent,

*v.*

KATHERINE G. FORBES et al., defendants-appellants.

[Argued December 1st, 1915.  Decided June 19th, 1916.]

On appeals from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *84 N. J. Eq. 271.*

*Mr. Atwood L. DeCoster,* for the complainant.

*Mr. August E. Roche, Jr., Messrs. Vredenburgh, Wall & Carey, Mr. Philemon Woodruff, Messrs. McCarter & English* and *Messrs. Gallagher & Gallagher,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS—12.

*For reversal*—None.